# United States District Court
## For The Western District of North Carolina

UNITED STATES OF AMERICA

V.

GREGORY P. SWEET

**FILED IN COURT ASHEVILLE, N. C.**

**FEB 2 8 2006**

**U. S. DISTRICT COURT W. DIST. OF N. C.**

JUDGMENT IN A CRIMINAL CASE
(Petty / Misdemeanor Offenses)

Case Number: 1:05cr205

Fredilyn Sison
Defendant's Attorney

**THE DEFENDANT:**

- X  pleaded guilty to count(s) ONE
- __ pleaded guilty to violation(s)
- __ pleaded not guilty to count(s)
- __ pleaded not guilty to violation(s)

| Title and Section | Nature of Offense | Date Of Offense | Counts |
|---|---|---|---|
| 21:844(a) - Lesser included offense | Possess cocaine | 05/26/05 | ONE |

- __ Counts(s) (is)(are) dismissed on the motion of the United States.
- __ Violation Notice(s) (is)(are) dismissed on the motion of the United States.
- __ Found not guilty as to:

**IMPOSITION OF SENTENCE:** That the defendant be imprisoned for ONE (1) MONTH. Defendant is to self report when notified by the U. S. Marshal. Defendant is to pay a fine in the amount of $1,000 and $25 assessment with interest waived.

Under the sentencing guidelines this is a TOTAL OFFENSE LEVEL 4 with a CRIMINAL HISTORY LEVEL of I.

Defendant's Soc. Sec. No.:

Defendant's Mailing Address:

Date of Imposition of Sentence: February 28, 2006

_____
Signature of Judicial Officer

Date: 28 Feby, 2006

**RETURN**

I have executed this Judgment as follows: _____

_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

By _____
United States Deputy Marshal